```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  LAUREL J. MONTOYA
    Assistant U.S. Attorney
 3  2500 Tulare Street, Room 4401
    Fresno, California 93721
 4  Telephone: (559) 497-4000
```

FILED
OCT 31 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

1:12MJ00260 DLB

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER RE: MOTION TO SEAL COMPLAINT PURSUANT TO RULE 6(e), FEDERAL RULES OF CRIMINAL PROCEDURE |
| ROBERT AVILA NUNEZ, | ) |
| Defendant. | ) |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Complaint filed herein is sealed until further order of this Court.

DATED: 10/31/12

_____
DENNIS L. BECK
U.S. MAGISTRATE JUDGE