JOSEPH SCHLESINGER, #87692
Acting Federal Defender
ANN H. MCGLENON, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROBERT AVILA NUNEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:12-cr-0408 AWI-BAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON |
| v. | |
| ROBERT AVILA NUNEZ, | Date: February 25, 2013 |
| Defendant. | Time: 1:00 p.m. |
| | Judge: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for January 28, 2013, **may be continued to February 25, 2013 at 1:00 p.m.**

This continuance is at the request of counsel for defendant who is out of town on January 28, 2013, for negotiation and investigation between the parties. Discovery has been provided and the parties have engaged in preliminary negotiations however negotiations will not be completed prior to January 28, 2013. This continuance will conserve time and resources for both parties and the court.

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii), (iv).

BENJAMIN B. WAGNER
United States Attorney

DATED: January 22, 2013       By:   /s/ Laurel J.    Montoya
                                    LAUREL J. MONTOYA
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

JOSEPH SCHLESINGER
Acting Federal Defender

DATED: January 22, 2013       By:   /s/ Ann H. McGlenon
                                    ANN H. MCGLENON
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    ROBERT AVILA NUNEZ

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii), (iv).
IT IS SO ORDERED.

   Dated:   **January 22, 2013**          /s/ **Barbara A. McAuliffe**
                                          UNITED STATES MAGISTRATE JUDGE