BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 1:12-CR-00408-AWI-BAM |
| | ) |
| Plaintiff, | ) PRELIMINARY ORDER OF |
| | ) FORFEITURE |
| v. | ) |
| | ) |
| ROBERT AVILA NUNEZ, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

Based upon the plea agreement entered into between United States of America and defendant Robert Avila Nunez, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.    Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendant Robert Avila Nunez' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. A Harrington & Richardson, Model Topper Jr. 490, 410 caliber weapon made from a shotgun;

   b. All ammunition seized in this case.

2.    The above-listed asset constitutes property involved in the commission of or used in a knowing violation of 18 U.S.C. §

1   922(g)(1).

2        3.    Pursuant to Rule 32.2(b), the Attorney General (or a

3   designee) shall be authorized to seize the above-listed property.

4   The aforementioned property shall be seized and held by the United

5   States Marshals Service and/or the Bureau of Alcohol, Tobacco,

6   Firearms and Explosives in its secure custody and control.

7        4.    a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C.

8   § 853(n), and Local Rule 171, the United States shall publish notice

9   of the order of forfeiture.  Notice of this Order and notice of the

10  Attorney General's (or a designee's) intent to dispose of the

11  property in such manner as the Attorney General may direct shall be

12  posted for at least 30 consecutive days on the official internet

13  government forfeiture site www.forfeiture.gov.  The United States may

14  also, to the extent practicable, provide direct written notice to any

15  person known to have alleged an interest in the property that is the

16  subject of the order of forfeiture as a substitute for published

17  notice as to those persons so notified.

18        b. This notice shall state that any person, other than the

19  defendant, asserting a legal interest in the above-listed property,

20  must file a petition with the Court within sixty (60) days from the

21  first day of publication of the Notice of Forfeiture posted on the

22  official government forfeiture site, or within thirty (30) days from

23  receipt of direct written notice, whichever is earlier.

24        5.    If a petition is timely filed, upon adjudication of all

25  third-party interests, if any, this Court will enter a Final Order of

26  ///

27  ///

28  ///

Forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), in which all interests will be addressed.


IT IS SO ORDERED.

Dated:  July 8, 2013                    _____

                                        SENIOR  DISTRICT  JUDGE